No. 5538.—GALLARDO, aplte., v. RODRÍGUEZ, aplda.—C. D. Humacao. ▮▮▮▮▮ Diciembre 19, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

No creyendo que la oposición presentada a una moción sobre apertura de rebeldía y la contestación a tal oposición deban formar parte de una exposición del caso, y dudando además que una moción para que esta corte ordene la inclusión de tales documentos, sea la forma adecuada de presentar la cuestión ante este tribunal, se declara sin lugar la moción

radicada por el demandante-apelante con fecha 11 de diciembre de 1930.